UNITED STATES DISTRICT COURT
SECOND CIRCUIT – SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

**07 CIV 10570**

NORBEN IMPORT CORPORATION,

                                        Plaintiff,            ~~COMPLAINT~~

                -against-
                                                   Case #:

PAUL'S DISCOUNT CENTER, INC. and
PAUL VUXTA, JR.

                                        Defendant.
-----------------------------------------------------------------X

**JUDGE KARAS**

     Norben Import Corporation, by and through its attorney Charles J. Diven Jr. complains of the Defendant as follows:

### JURISDICTION AND VENUE

1. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332 because there is a diversity of citizenship between the parties and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00).

2. Venue is appropriate here pursuant to 28 U.S.C. § 1391(a) (3) because the individual Defendant guaranteed transactions which caused Plaintiff to ship goods from the Sate of New York.

3. That at all times hereinafter mentioned, and upon information and belief, Paul's Discount Center Inc. (hereinafter referred to as "Pauls") was and had been a corporation duly organized under the laws of the State of Virginia, maintaining a place of business, at 2330 – A W. Mercury Blvd., Hampton Virginia 23666 at the time of the events complained of herein.

4. That at all times hereinafter mentioned, the Plaintiff, Norben Import Corporation (hereinafter referred to as "Norben") was and had been a corporation duly organized under the laws of the State of New York, the USDC SDNY maintaining an office at 99 South Newman Street, Hackensack, New Jersey with warehousing facilities in the State of New York, county of Rockland.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

5. That at all relevant times hereinafter mentioned, and upon information and belief, the Defendant, Paul Vuxta Jr., is an individual residing in the State of Virginia.

6. That at all relevant times hereinafter mentioned, and upon information and belief, the Defendant, Paul Vuxta Jr., was and is an officer of Pauls.

7. Pauls held itself out to the general public to be principally in the business of retailing floral and decorative goods.

8. The Defendant held himself out to be a principle, director and officer of Pauls.

9. On or about December 1, 2003 Plaintiff first sold and Pauls first purchased certain goods of Plaintiff pursuant to terms fixed in writing.

10. The amount charged for such goods were fixed by invoice and Pauls confirmed acceptance of such amount by accepting delivery in accordance with the terms of the respective invoice and signing for receipt of same. Hereinafter "written agreement."

11. That after submitting an application for credit which included references, Pauls requested and Plaintiff consented to extend credit to Pauls for the purpose of purchasing goods, said agreement being articulated in a written agreements dated respectively May 25, 2004 and September 22, 2006, same being annexed as Exhibit 1 and hereinafter referred to collectively as the credit agreement.

12. Norben refused to extend further credit to Pauls until the unpaid balance was paid.

13. The Defendant explained to Norben that if additional goods were extended to Pauls, Pauls would be able to repay the debt during its due course of business.

14. That Paul Vexta Jr., in order to induce Norben to further extend additional credit to Paul's and in order to keep Norben from seeking collection of the accumulated debt owed to it by Paul's agreed to personally guarantee Paul's past and future debts by written agreement annexed hereto as Exhibit 1.

15. That Paul's continued to purchase goods in accord with terms similar to those described in paragraphs 9 and 10 above, except that such goods were delivered pursuant to the credit terms as described in paragraph 11.

16. Pursuant to the terms of the written agreements and the credit agreements, Pauls was to pay Plaintiff monthly all outstanding balances for goods received within 30 days of receipt of same as set forth in the plain language of the written agreement.

17. From 12-01-03 to 10-05-06 Pauls accumulated a debt to Norben in an amount of One Hundred Sixty Seven Thousand Seventy Five Dollars and 44 cents ($167,075.44) for goods it received from Norben pursuant to the terms of the agreements described above.

18. That as of January 9, 2007, the Defendants were individually and severally responsible to Norben for the debt of One Hundred Sixty Seven Thousand Seventy Five Dollars and 44 cents ($167,075.44).

## AND AS FOR THE FIRST CAUSE OF ACTION

19. Plaintiff repeats and re-alleges all the allegations of the complaint hereinabove set forth in paragraphs numbered "1" to and including "18", with the same force and effect as of separately set forth and numbered herein.

20. That as of the date of this complaint Defendant by reason of the foregoing is obligated to Plaintiff in the sum of One Hundred Sixty Seven Thousand Seventy Five Dollars and 44 cents ($167,075.44) together with interest as set forth in the written agreement and credit agreement and as calculated in Exhibit 2 annexed hereto.

21. That Pauls has not paid to Plaintiff any portion of said debt.

22. That the Defendant pursuant to a written guarantee obligated himself individually and severally to Plaintiff for Pauls' debt.

23. That as a result of the foregoing, the Defendants are individually and severally obligated to the Plaintiff in the amount of One Hundred Sixty Seven Thousand Seventy Five Dollars and 44 cents ($167,075.44)together with interest as set forth in the written agreement and credit agreement annexed hereto as Exhibit 2.

## AND AS FOR THE SECOND CAUSE OF ACTION

24. Plaintiff repeats and re-alleges all the allegations of the complaint hereinabove set forth in paragraphs numbered "1" to and including "18", with the same force and effect as of separately set forth and numbered herein.

25. That as a result of the above Pauls has received and is in possession of certain goods belonging to Norben for which it has neither paid nor returned, converting same to their own use.

26. That the fair market value of said goods is One Hundred Eight Thousand Six Hundred Ninety Six Dollars and forty one cents ($108,696.41).

27. That as a result of the foregoing, the Defendants are individually and severally obligated to the Plaintiff in the amount of One Hundred Eight Thousand Six Hundred Ninety Six Dollars and forty one cents ($108,696.41).

## AND AS FOR THE THIRD CAUSE OF ACTION

28. Plaintiff repeats and re-alleges all the allegations of the complaint hereinabove set forth in paragraphs numbered "1" to and including "18", with the same force and effect as of separately set forth and numbered herein.

29. That the Plaintiffs reasonably relied on the written representations of the Defendants to make payments and that such representation induced Plaintiff to forward certain good to the Defendant corporation.

30. That upon information and belief the neither of the Defendants intended to make payment for the goods shipped all to the detriment of Plaintiff in order to procure the goods to itself.

31. That as a result of the foregoing, the Defendants are individually  and severally obligated to the Plaintiff in the amount of One Hundred Eight Thousand Six Hundred Ninety Six Dollars and forty one cents ($108,696.41).

**WHEREFORE,** Plaintiff, Norben Import Corporation, demands judgment against the Defendant, in the form of money damages, together with interest and costs of suit;

1. As and for the first cause of action in the sum of One Hundred Sixty Seven Thousand Seventy Five Dollars and Forty Four cents ($167,075.44) together with interest;

2. As and for the first cause of action in the sum of One Hundred Eight Thousand Six Hundred Ninety Six Dollars and Forty One Cents ($108,696.41);

3. As and for the first cause of action in the sum of One Hundred Eight Thousand Six Hundred Ninety Six Dollars and Forty One Cents ($108,696.41).

Dated: Yorktown Heights, New York
      November _**26**_, 2007

Charles J. Diven Jr.  CJD 3572
Attorney for Plaintiff
2649 Strang Blvd., Ste. 104
Yorktown Heights, New York 10566
(914) 455-2909

Ex. 1

Cust # 110517

ATT:
Paul Vuxta

Please
complete
and Return
ASAP
Thank Y

# *Larksilk*

# NORBEN IMPORT CORP.

## INDIVIDUAL PERSONAL GUARANTY

Date 9/2/06

I, PAUL VUXTA JR, residing at 104 MANOR HOUSE CT YORKTOWN, VA, for and in consideration of your extending credit at my request to PAULS DISCOUNT CENTER, INC
(Name of Company)

(hereinafter referred to as the "Company" of which I am PRES.
(Title/Office)

hereby personally guarantee to you the payment at NORBEN IMPORT CORP., in the state of New Jersey, any obligation of the Company and I hereby agree to bind myself to pay to you on demand any sum which may become due to you by the Company whenever the Company shall fail to pay the same. It is understood that this guarantee shall be a continuing and irrevocable guaranty and indemnity for such indebtedness of the Company. I do hereby waive notice of default, non-payment, and notice thereof and consent to any modification or renewal to the credit agreement hereby guaranteed. This Individual Personal Guaranty and any and all disputes arising between the Guarantor, the Company, and Norben Import Corp. shall be construed in accordance with the laws of the State of New Jersey pertaining to contracts made and performed entirely therein and I hereby consent that jurisdiction and venue of all matters relating to this Individual Personal Guaranty shall be vested exclusively in the Federal, State and local courts within the State of New Jersey.

Witness: Glenda Vuxta          Signature

Sworn to and Subscribed before me this          D/License No. 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
Day of                                         County/City of Hampton
                                              Commonwealth/State of Virginia
                                              The fo
                                              
2006          25th          Sept
              Paul Vuxta JR
              Glenda M Vuxta

Glenda M Vuxta
Notary Public                                 My commission expires: 9-30-09

NORBEN IMPORT CORP.
99 S. NEWMAN STREET
HACKENSACK, N.J. 07601
TEL 201-487-0855
FAX 201-487-0787

99 SOUTH NEWMAN STREET          NSACK, NJ 07601
                                FAX 201-487-0787



# NORBEN IMPORT CORP.

## INDIVIDUAL PERSONAL GUARANTY

Date 5/25/04

I, Paul /~~Bonnie~~ ~~Vuxter~~ *Vuxta*, residing at 233-D-A WEST MERCURY BLVD. HAMPTON, VA. 23666, for and in consideration of your extending credit at my request to PAUL'S DISCOUNT CENTER, INC. T/A PAUL'S WHOLESALE

**(Name of Company)**

(hereinafter referred to as the "Company" of which I am  PRESIDENT

**(Title/Office)**

hereby personally guarantee to you the payment at NORBEN IMPORT CORP. in the state of New Jersey, any obligation of the Company and I hereby agree to  PVNT. bind myself to pay to you ~~on demand~~ any sum which may become due to you by the Company whenever the Company shall fail to pay the same. It is understood that this guarantee shall be a continuing and irrevocable guaranty and indemnity for such indebtedness of the Company. I do hereby waive notice of default, non-payment, and notice thereof and consent to any modification or renewal to the credit agreement hereby guaranteed., This Individual Personal Guaranty and any and all disputes arising between the Guarantor, the Company, and Norben Import Corp. shall be construed in accordance with the laws of the State of New Jersey pertaining to contracts made and performed entirely therein and I hereby consent that jurisdiction and venue of all matters relating to this Individual Personal Guaranty shall be vested exclusively in the Federal, State and local courts whining the State of New Jersey.

Witness: _____ Paul Vuxta _____
                                    **Signature**

                                    ~~Bonnie Vuxter~~
Witness: _____ **Signature** _____

Sworn to and Subscribed before me this
        Day of

_____
**Notary Public**

**99 SOUTH NEWMAN STREET    •    HACKENSACK, NJ 07601**

**201-487-0855    •    212-695-7117    •    FAX 201-487-0787**

Ex. 2



# NORBEN IMPORT CORP.

PAGE

**IMPORTERS OF**
*FLORIST SUPPLIES – NOVELTIES – SILK FLOWERS*

99 SOUTH NEWMAN STREET          HACKENSACK, N.J. 07601          DATE: __01__/__09__/__07__

TELEPHONES: N.J. (201) 487-0855-6-7-8
N.Y.C. 695-7117
FAX # 201-487-0757



LARK BRAND

# STATEMENT

110517
PAULS WAREHOUSE-VA
2330-A W. MERCURY BLVD
HAMPTON VA
23666

ACCOUNTS OVER 30 DAYS OLD WILL BE
SUBJECT TO A SERVICE CHARGE OF
1½% PER MONTH, 18% PER ANNUM.

PHONE: 757 826-7424 FAX: 757 262-2166    LST PAY DATE: 12/20/06    AMT:  9142.10 11-AB

| DATE | INVOICE | AMOUNT | PAYMENT | REFERENCE | BALANCE | |
|---|---|---|---|---|---|---|
| 09-29-06 | 542249 | 326.70 | 163.35 | | 163.35 | 90 |
| 09-29-06 | 542250 | 1,618.56 | 809.28 | | 809.28 | 90 |
| 10-04-06 | 542270 | 11,166.46 | 5,583.23 | | 5,583.23 | 90 |
| 10-04-06 | 542271 | 1,278.72 | 639.36 | | 639.36 | 90 |
| 10-05-06 | 542303 | 3,893.76 | 1,946.88 | 12/31/06 - 9142.10 | 1,946.88 | 90 |
| | TOTALS | 118,302.20 | 9,605.79 | OPEN BAL | 108,696.41 | |

DISCOUNTS OFFERED ARE VALID ONLY IF INVOICES ARE PAID WITHIN TERMS  *

18%  ao  7/31/07    7/3/07
YR 04    YR 05    YR 06    25,341.94
1301  b/s. 13,963.91    16477.49    19443.44    23,943.26    131,635.61
942  n    85,590.34    85,590.34    100996.61    119176.00    100997.89
212  n    9142.10                    9142.10    151,075.44

Balance w The Interest Charges →

| AMOUNT | | OVER 90 | NET DUE | |
|---|---|---|---|---|
| .00 | .00 | .00 | 108,696.41 | 108,696.41 |

**PLEASE REMIT**
← **THIS AMOUNT**



# NORBEN IMPORT CORP.

IMPORTERS OF

*FLORIST SUPPLIES — NOVELTIES — SILK FLOWERS*

88 SOUTH NEWMAN STREET                    HACKENSACK, NJ 07601

TELEPHONES: N.J. (201) 487-0856-6-7-8
N.Y.C. 868-7117
FAX # 201-487-0787

PAGE

DATE:  01 / 09 / 07

# STATEMENT

LARK
BRAND

110517
PAULS WAREHOUSE-VA
2330-A W. MERCURY BLVD
HAMPTON VA
23666

ACCOUNTS OVER 30 DAYS OLD WILL BE
SUBJECT TO A SERVICE CHARGE OF
1½% PER MONTH, 18% PER ANNUM.

PHONE: 757 826-7424 FAX: 757 262-2166   LST PAY DATE: 12/20/06   AMT:   9142.10 11-AB

| Date | Invoice | Amount | | Date | Amount | Code |
|---|---|---|---|---|---|---|
| 12-01-03 | 509251 | 864.77 | 463.69 | 06/17/03 | 401.08 | 1110 |
| 12-01-03 | 510509 | 647.59 | | 07/22/03 | 647.59 | 1110 |
| 12-01-03 | 510568 | 1,165.74 | | 07/24/03 | 1,165.74 | 1110 |
| 08-06-03 | 511132 | 8,002.50 | | | 8,002.50 | 1230 |
| 12-01-03 | 511684 | 724.95 | | 08/20/03 | 724.95 | 1110 |
| 12-01-03 | 512196 | 2,246.11 | | 08/31/03 | 2,246.11 | 1110 |
| 12-01-03 | 512197 | 657.54 | | 08/31/03 | 657.54 | 1110 |
| 12-01-03 | 513030 | 54.87 | | 09/17/03 | 54.87 | 1110 |
| 12-01-03 | 513403 | 63.59 | | 09/24/03  12/31/03 - 13963.97 | 63.59 | 1110 |
| 03-25-04 | 518450 | 872.52 | | | 872.52 | 990 |
| 04-02-04 | 518599 | 1,450.33 | | | 1,450.33 | 990 |
| 04-05-04 | 518678 | 1,479.02 | | | 1,479.02 | 990 |
| 06-05-04 | 520262 | 1,335.31 | | | 1,335.31 | 930 |
| 07-09-04 | 520994 | 69.83 | | | 69.83 | 900 |
| 07-20-04 | 521255 | 31,855.54 | | | 31,855.54 | 900 |
| 07-20-04 | 521256 | 22,480.13 | | | 22,480.13 | 900 |
| 07-29-04 | 521549 | 26,047.66 | | | 26,047.66 | 870 |

12/31/04
85,590.39
CONTINUED NEXT PAGE

PLEASE REMIT
← THIS AMOUNT