```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORBEN IMPORT CORP,

                       Plaintiff,

-v-

PAUL'S DISCOUNT CENTER, INC., and PAUL VUXTA, JR.,

                       Defendants.

No. 07-CV-10570 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Court's Docket reflects that the Complaint in this case was filed on November 26, 2007. Federal Rule of Civil Procedure 4(m) provides that service of the Summons and Complaint shall be filed within 120 days after the filing of the Complaint, a time period that expired on March 25, 2008. As of the date of this Order, no proof of such service has been docketed. Accordingly, it is

    ORDERED that Plaintiff shall, by no later than April 22, 2008: (i) properly serve the Summons and Complaint and file proof of such action; or (ii) submit to the Court good cause for why such service has not been effected.

    The Court will dismiss this case without further notice in the event Plaintiff fails to take timely action consistent with this Order.

SO ORDERED.

Dated:     April 8, 2008
            White Plains, New York

                                       KENNETH M. KARAS
                                       UNITED STATES DISTRICT JUDGE