# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District District of New York

Index Number: 07-CIV-10570

Date Filed: 11/26/2007

Plaintiff:
**Norben Import Corporation**

vs.

Defendant:
**Paul's Discount Center, Inc. and Paul Vuxta, Jr.**

For:
Charles Diven
2649 Strang Blvd
Suite 104
Yorktown Heights, NY 10598

Received by PALMER ROUX INC. on the 5th day of December, 2007 at 12:49 pm to be served on **Paul's Discount Center Inc., 2330-A West Mercury Blvd., Hampton, VA 23666**.

I, Palmer Roux, being duly sworn, depose and say that on the **26th day of December, 2007** at **8:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Case and Complaint** with the date and hour of service endorsed thereon by me, to: **Bonnie Vuxta** as **Managing Agent** for **Paul's Discount Center Inc.**, at the alternate address of: **104 Manor House Ct, Yorktown, VA**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'5', Weight: 135, Hair: Blonde, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 29th day of December, 2007 by the affiant who is personally ~~known to me.~~ Produced ID

NOTARY PUBLIC

DONNA K. AGUIRRE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2010
COMMISSION # 176636

Palmer Roux
Process Server

PALMER ROUX INC.
P.O. Box 9151
Hampton, VA 23670
(757) 896-2925

Our Job Serial Number: 2007000082

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c